1  Peter J. Mastan, Trustee
   *travis.terry@dinsmore.com*
2  550 South Hope Street, Suite 1765
   Los Angeles, California 90071
3  Telephone: (213) 335-7739

4
   Chapter 7 Trustee
5

6                    **UNITED STATES BANKRUPTCY COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**

8                        **LOS ANGELES DIVISION**

9

10  In Re:                              Case No.: 2:18-bk-21483-VZ

11
    Coble, Gerald Dean
12  Coble, Judy Ann                     Chapter: 7

13                                      NOTICE OF CONTINUED MEETING OF
                                        CREDITORS AND APPEARANCE OF
14                                      DEBTOR [11 USC 341(a)]

15                    Debtor(s)

16  TO THE ABOVE NAMED DEBTOR(S), AND COUNSEL:

17       You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section
    341(a) in the above-entitled matter was continued to **December 17, 2018** at **9:00 AM** at **915 Wilshire
18  Blvd., Tenth Floor, Room 2, Los Angeles, CA  90017.**

19
         You are further notified that all appearances are **mandatory**.  In the event you do not appear,
20  your case may be dismissed.

21       You are also further notified that any documents and/or information requested of you by the
    Trustee **must** be provided to his office **at least one week before your continued hearing**.
22

23
    Dated:    November 28, 2018                    _____
24                                                  Peter J. Mastan, Trustee

25

26

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

The foregoing document described **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On November 28, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On November 28, 2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Debtor: | Coble, Gerald Dean, 840 E FOOTHILL BLVD SPC 144, AZUSA, CA 91702-2646 |
| Joint Debtor: | Coble, Judy Ann, 840 E FOOTHILL BLVD SPC 144, AZUSA, CA 91702-2646 |
| Debtor Attorney: | Clark, Michael E, 100 N BARRANCA ST STE 250, WEST COVINA, CA 91791-1613 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on November 28, 2018 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 28, 2018 | TRAVIS MICHAEL TERRY | *[signature]* |
| *Date* | *Type Name* | *Signature* |